| | |
|---|---|
| GREGORY PHILIP ADAMS (CSB No. 292391)<br>gadams@fenwick.com<br>SAMANTHA ONG (CSB No. 335837)<br>song@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>Telephone:     415.875.2300<br>Facsimile:     415.281.1350<br><br>LYNN H. PASAHOW (CSB No. 54283)<br>lpasahow@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:     650.988.8500<br>Facsimile:     650.938.5200<br><br>Attorneys for Plaintiff<br>DAUDA ILIYA | STEVEN B. DIPPELL (CSB No. 121217)<br>sdippell@dby-law.com<br>ERIC JAMES BENGTSON (CSB NO. 254167)<br>eric@dby-law.com<br>DAVIS, BENGTSON & YOUNG, APLC<br>1960 The Alameda, Suite 210<br>San Jose, CA 95126<br>Telephone:     669.245.4200<br>Facsimile:     408.985.1814<br><br>Attorneys for Defendants<br>CITY OF SUNNYVALE (also sued as "SUNNYVALE DEPARTMENT OF PUBLIC SAFETY," "PUBLIC SAFETY DEPARTMENT," "POLICE SERVICES," and "SUNNYVALE POLICE DEPARTMENT"), OFFICER JESSE ASHE, and OFFICER JUSTIN MARDESICH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAUDA ILIYA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF SUNNYVALE, a municipal corporation, et. al.,<br><br>　　　　　Defendants. | Case No.: 5:23-cv-01249-NC<br><br>**ORDER DISMISSING ACTION**<br><br>Judge:　　Honorable Magistrate Judge Nathaneal M. Cousins |

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that this action and all asserted claims are dismissed with prejudice. Plaintiff and Defendants shall bear their own attorneys' fees, expenses, and costs.

Date: __July 10, 2024__          _____
MAGISTRATE Judge, United States
District Court, Northern District of California



GRANTED
Judge Nathanael M. Cousins

FENWICK & WEST LLP
ATTORNEYS AT LAW